39,768-05

HON: ABEL ACOSTA,
DISTRICT, CLERK.,
COURT OF CRIMINAL
APPEALES OF TEXAS.,
P.O. Box 12308
CAPITOL STATION,.
Austine, Tx 78711

Tr. ct. No. 96-CR-170
WR-39,768-05

RE: Relator submitted a __Brady__ material Ito thn Hon Court the 12th day of January 2015. To be Granted and added to relator's art. 40.001 No: 96-CR-170 Now, WR-39,768-05

HON: ABEL ACOSTA, Clerk:

Relator did Send IN January 12. 2015, an other motion was send IN two (2) different Busness envelops #10's, relator dint had a writ envelop at the time. Is based upon Newly discovered evidence. Since I dint Know to who I shuld address it to I used the name Louise Pearson, District Clerk. Since Ive Seen thn name in the Legal Directury ec motion was send with the covered letter and unsworn to Declaration and CERTIFICATE OF SERVICE too.

Hon: District Clerk ACOSTA, will you please be Kind to help relator with thn information if thn Honorable Criminal Courts of appeal recreved and submittal thn __Brady__ material to art 40.001 IN Case 96-CR-170 IN Starr County District Files (?) thanh you and __Herein is a seld address stemp envelop for your assistace in such matter__. Once agan thanh you Hon: Clerk

<u>UNSWORN TO DECLARATION</u>

Pursuant to both Federal Law 28 U.S.C § 1746 and Texas Civil Practice and Remedies Code § § 132.001-132.003, I ISMAEL DIAZ, Jr. An Incarcerated Citizen OF THE STATE of Texas herein Swear under Penalty that the forgoing is a TRUE and CORRECT account of events described herein.

Executed thn 22nd Day
of February 2015.

Trutfully Submitted
Ismall
12120 Savage Drive
midway, tx 75852
ec Pro Se #273609"

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk